UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN TRANSPARENCY, d/b/a OpenTheBooks.com, <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No. 21-2821 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 29, 2021, Plaintiff, American Transparency, doing business as OpenTheBooks.com ("Plaintiff"), and Defendant, the United States Department of Health and Human Services ("HHS" or the "Agency"), by and through their respective undersigned counsel, hereby report to the Court as follows:

1. Plaintiff's complaint concerns three separate Freedom of Information Act ("FOIA") requests submitted to the National Institutes for Health ("NIH"), a component of HHS. *See generally*, ECF No. 1 ("Compl."). All three requests sought various categories of records about National Institute of Allergy and Infectious Diseases Director Anthony S. Fauci, M.D. Compl. ¶¶ 5-15.

*FOIA Request No. 55847 Search Status*

2. As NIH has previously advised Plaintiff, Plaintiff's January 28, 2021, FOIA request, as narrowed, *see* Compl. ¶ 6, was combined with its subsequent June 11, 2021, request. *See* Compl. ¶ 10. These requests were assigned FOIA Case No. 55847.

3. HHS reports that the 51 pages of records previously released to Plaintiff, *see* Compl. ¶ 8, all relate to this request.

4. HHS further reports that the Agency's search has now returned approximately 1,100 pages of additional potentially responsive records, which consist of Dr. Fauci's financial disclosures through 2019. The Agency's FOIA Office is still searching for the 2020 financial disclosure and does not anticipate having the 2021 disclosure until it comes due in early 2022. The Agency's FOIA Office is also still searching for Dr. Fauci's current job description.

5. The Agency's FOIA Office believes that upon receipt of the items mentioned in paragraph 4, above, the searches will be complete with respect to this request.

*FOIA Request No. 57048 Search Status*

6. With respect to Plaintiff's September 15, 2021, FOIA request, which the Agency assigned FOIA Case No. 57048, HHS reports that thus far the Agency's search has returned approximately 1,200 pages of potentially responsive records, consisting of royalty reports from 2010-2019. The Agency's FOIA Office is still searching for royalty reports from 2020 and 2021.

7. The Agency's FOIA Office believes that upon receipt of the items mentioned in paragraph 6, above, the searches will be complete with respect to this request.

*Proposed Processing and Production Schedule*

8. HHS proposes that it process 300 pages of potentially responsive records per month, with a first production date of February 1, 2021. HHS proposes that it make monthly productions to Plaintiff on the first day of each month thereafter.

9. HHS reports that it does not anticipate filing a motion for an *Open America* Stay in this case.

10. The parties propose postponing a discussion of summary judgment briefing and any proposed briefing schedule until after productions are complete.

11. The parties propose providing the Court with an additional joint status report by February 10, 2022, and every 90 days thereafter.

Dated:   December 13, 2021                    Respectfully submitted,

/s/ Paul J. Orfanedes                         MATTHEW M. GRAVES, D.C. Bar #481052
PAUL J. ORFANEDES                             United States Attorney
D.C. Bar No. 429716
JUDICIAL WATCH, INC.                          BRIAN P. HUDAK
425 Third Street, SW                          Acting Chief, Civil Division
Suite 800
Washington, DC 20024                          By:   /s/ Diana V. Valdivia
(202) 646-5172                                      DIANA V. VALDIVIA, D.C. Bar # 1006628
porfanedes@judicialwatch.org                        Assistant United States Attorney
                                                    555 Fourth Street, N.W.
*Counsel for Plaintiff*                             Washington, D.C. 20530
                                                    (202) 252-2545
                                                    diana.valdivia@usdoj.gov

                                              *Counsel for Defendant*

3