UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN TRANSPARENCY, d/b/a OpenTheBooks.com,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2821 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated December 14, 2021, Plaintiff, American Transparency, doing business as OpenTheBooks.com ("Plaintiff"), and Defendant, the United States Department of Health and Human Services ("HHS" or the "Agency"), by and through their respective undersigned counsel, hereby report to the Court as follows:

1. Plaintiff's complaint concerns three separate Freedom of Information Act ("FOIA") requests submitted to the National Institutes for Health ("NIH"), a component of HHS. *See generally*, ECF No. 1 ("Compl."). All three requests sought various categories of records about National Institute of Allergy and Infectious Diseases Director Anthony S. Fauci, M.D. Compl. ¶¶ 5-15.

2. Consistent with HHS's proposal in the last joint status report, *see* ECF No. 10 ¶ 8, NIH made its first interim release of records to Plaintiff under a cover letter dated February 1, 2022. In connection with this first interim production, NIH released 304 pages of records responsive to Plaintiff's September 15, 2021, FOIA request (FOIA Request No. 57048), with portions withheld pursuant to FOIA Exemptions 3(A), 4, and 6.

3. NIH reports that it is on track to process at least 300 pages for the next interim release date of March 1, 2022.

4. Consistent with the proposal in their last joint status report, ECF No. 10 ¶ 11, the parties propose providing the Court with an additional joint status report by May 11, 2022, and every 90 days thereafter.

Dated:   February 10, 2022                                   Respectfully submitted,

/s/ Paul J. Orfanedes                                                MATTHEW M. GRAVES, D.C. Bar #481052
PAUL J. ORFANEDES                                           United States Attorney
D.C. Bar No. 429716
JUDICIAL WATCH, INC.                                        BRIAN P. HUDAK
425 Third Street, SW                                              Acting Chief, Civil Division
Suite 800
Washington, DC 20024                                         By:   /s/ Diana V. Valdivia
(202) 646-5172                                                            DIANA V. VALDIVIA, D.C. Bar # 1006628
porfanedes@judicialwatch.org                                Assistant United States Attorney
                                                                                555 Fourth Street, N.W.
*Counsel for Plaintiff*                                              Washington, D.C. 20530
                                                                                (202) 252-2545
                                                                                diana.valdivia@usdoj.gov

                                                                                *Counsel for Defendant*

2