UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN TRANSPARENCY, d/b/a OpenTheBooks.com,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2821 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 11, 2021 minute order, Plaintiff American Transparency, doing business as OpenTheBooks.com ("Plaintiff") and Defendant United States Department of Health and Human Services ("HHS" or the "Agency") by and through their respective undersigned counsel, hereby report to the Court as follows:

1. Plaintiff's complaint concerns three separate Freedom of Information Act ("FOIA") requests submitted to the National Institutes for Health ("NIH"), a component of HHS. *See generally*, ECF No. 1 ("Compl."). All three requests sought various categories of records about National Institute of Allergy and Infectious Diseases Director Anthony S. Fauci, M.D. Compl., ¶¶ 5-15.

2. The parties' last status report was filed on February 10, 2022. ECF No. 11. In that report, the parties indicated that NIH made an initial release of records to Plaintiff on February 1, 2022. *Id.*, ¶ 2.

3. By minute order dated February 11, 2021, the Court directed the parties to file a further joint status report by May 11, 2022 and every 90 days thereafter.

4. Since the last status report, NIH made three release of records to Plaintiff. On March 1, 2022, NIH made a second interim release of 299 pages of records responsive to Plaintiff's September 15, 2021 FOIA request (FOIA Request No. 57048) with portions withheld pursuant to FOIA Exemptions 3(A), 4 and 6, and a second interim release of 5 pages of records responsive to Plaintiff's January 28, 2021 FOIA request (FOIA Request No. 55847). On April 1, 2022, NIH made a third interim release of 308 pages of records responsive to Plaintiff's September 15, 2021 FOIA request (FOIA Request No. 57048) with portions withheld pursuant to FOIA Exemptions 3(A), 4 and 6. On May 2, 2022, NIH made a third interim release of 328 pages of records responsive to Plaintiff's September 15, 2021 FOIA request (FOIA Request No. 57048) with portions withheld pursuant to FOIA Exemptions 3(A), 4 and 6. NIH reports that it is on track to process at least 300 pages for the next interim release date of June 1, 2022.

5. Consistent with the Court's February 11, 2022 order, the parties will file an additional joint status report on or before August 11, 2022.

Dated:   May 11, 2022

Respectfully submitted,

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street, SW
Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   */s/ Diana V. Valdivia*
        DIANA V. VALDIVIA, D.C. Bar # 1006628
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-2545
        diana.valdivia@usdoj.gov

*Counsel for Defendant*